UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>        Plaintiff,<br><br>    v.<br><br>C. DAVIS,<br><br>        Defendants. | 1:18-cv-01022-DAD-SKO (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE DATE |

    Defendant moves to vacate the upcoming settlement conferment date of November 21, 2019. (Doc. 19.) On August 12, 2019, the United States Postal Service (USPS) returned as undeliverable the Court's order setting the original conference date, (Doc. 15). Likewise, on September 11, the USPS returned the Court's order continuing the settlement conference, (Doc. 17). As a result, on October 23, 2019, the Court issued an order to show cause (OSC) why Plaintiff's case should not be dismissed for Plaintiff's failure to update his address and failure to prosecute. (Doc. 18.) Plaintiff's response to the OSC is due on November 13, 2019.

    Based on the foregoing, the Court VACATES the settlement conference scheduled for November 21, 2019, to be reset at a later date, if appropriate.

IT IS SO ORDERED.

Dated:   **November 4, 2019**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2