UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. DAVIS,<br><br>　　　　　Defendant. | No. 1:18-cv-01022-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 21) |

　　　　Plaintiff Scott K. Ricks is a former state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 23, 2019, the assigned magistrate judge ordered plaintiff to show cause in writing, within 21 days, why this action should not be dismissed due to his failure to prosecute this action. (Doc. No. 18.) Plaintiff failed to respond to that order. Accordingly, on December 3, 2019, the magistrate judge filed the pending findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute this action and obey a court order. (Doc. No. 21.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days of service. (*Id.* at 2.) Plaintiff has not filed objections to those findings and recommendations and the time do so has since passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The December 3, 2019 findings and recommendations (Doc. No. 21) are adopted in full;
2. This action is dismissed due to plaintiff's failure to prosecute this action and obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 7, 2020**

UNITED STATES DISTRICT JUDGE